UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                                              CASE NO.: 25-12629
                                                                                 CHAPTER 13

**Scarlett B Bowman,**
    Debtor.

_____/

## **REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         13010 Morris Road, Suite 450
                                         Alpharetta, GA 30004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                         By: /s/Chetan Gopal
                                                 Chetan Gopal
                                                 Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SCARLETT B BOWMAN
1251 SHAFFERSVILLE RD
MOUNT AIRY, MD 21771

And via electronic mail to:

HARRIS S AMMERMAN, ATTORNEY, LLC
1115 MASSACHUSETTS AVE. N.W.
WASHINGTON, DC 20005

REBECCA A. HERR
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

By: /s/ Angela Gill